# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JANUARY 14, 2015

### NO. 03-14-00710-CV

**Michael A. Snowden and Celina Ruiz-Snowden and All Other Occupants of 2102 Wilma Rudolph Road, Austin, Texas 78748, Appellants**

**v.**

**Strada Capital, Inc., Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD DISMISSED ON JOINT MOTION -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment signed by the trial court on October 29, 2014. The parties have filed a joint motion to dismiss with prejudice, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal  Each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below.